WAYNANT V. DODSON, *et al.*

*Appeal from Dubuque District Court.*

WEDNESDAY, JUNE 5.

THE facts are stated in the opinion of the court delivered by : —

WRIGHT, J.—Plaintiff procured an attachment against the property of Dodson & Brother. After the seizure of the property by the sheriff under the writ, a forthcoming bond was given, conditioned for the delivery of the property to satisfy any judgment recovered in said action, (particularly naming it,) within twenty days after the rendition thereof. The property not being delivered, this suit was brought on the bond, and on the trial it was shown that plaintiff recovered judgment by agreement of parties for $367; but no order was made that the judgment should be a lien on the attached property, or ordering its sale.

*Held,* That such order was not necessary to continue the liability of defendants on this bond; that when *the judgment was rendered,* they were, under the conditions of the bond, required to deliver the property within the time named, and failing to do so they were liable.

Affirmed.